# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Scott Allen Crawford and Stacy Lynn Crawford | BKY. NO. 13-02812 MDF |
| <u>Debtor(s)</u> | CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

 Kindly enter my appearance on behalf of BANK OF AMERICA, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 9803

            Respectfully submitted,

            <u>**/s/ Thomas Puleo**</u>
            Thomas Puleo, Esquire
            James C. Warmbrodt, Esquire
            KML Law Group, P.C.
            701 Market Street, Suite 5000
            Philadelphia, PA 19106-1532
            (215) 825-6306  FAX (215) 825-6406
            Attorney for Movant/Applicant