Certificate Number: 17082-PAM-DE-031456807

Bankruptcy Case Number: 13-02812



17082-PAM-DE-031456807

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 10, 2018, at 6:32 o'clock PM MST, STACY L CRAWFORD completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 10, 2018

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director