```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                    Case No. 13-02812-HWV
Scott Allen Crawford                                                      Chapter 13
Stacy Lynn Crawford
         Debtors
                                   CERTIFICATE OF NOTICE
District/off: 0314-1           User: REshelman            Page 1 of 2         Date Rcvd: Aug 13, 2018
                               Form ID: 3180W             Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2018.
db/jdb         +Scott Allen Crawford,    Stacy Lynn Crawford,    4995 Graybill Rd,    York, PA 17408-9304
4338838        +FIA CARD SERVICES, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
4324032        #FIDELITY INVESTMENTS,    PO BOX 673008,    DALLAS, TX 75267-3008
4324036         SCHWAB RETIREMENT PLAN Services,    4150 KINROSS LAKES PARKWAY,    PO BOX 5050,
                 RICHFIELD, OH 44286-5050
4324024        +York Tax Claim Bureau,    28 East Market Street,    York, PA 17401-1501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              EDI: HNDA.COM Aug 13 2018 22:58:00      American Honda Finance Corporation,
                 3625 W. Royal Lane #200,    Irving, TX 75063,    UNITED STATES
4343455         EDI: HNDA.COM Aug 13 2018 22:58:00      American Honda Finance Corporation,
                 3625 W. Royal Lane #200,    Irving, TX 75063
4334033         EDI: HNDA.COM Aug 13 2018 22:58:00      American Honda Finance Corporation,
                 National Bankruptcy Center,    P.O. Box 168088,    Irving, TX 75016-8088,    866-716-6441
4324027        +EDI: HNDA.COM Aug 13 2018 22:58:00      Am Honda Fin,    200 Continental Dr #301,
                 Newark, DE 19713-4336
4348732         EDI: AIS.COM Aug 13 2018 22:58:00      American InfoSource LP as agent for,    WellSpan Health,
                 as assignee of YORK HOSPITAL,    PO Box 248838,    Oklahoma City, OK 73124-8838
4324028         EDI: BANKAMER.COM Aug 13 2018 22:58:00      Bank Of America,    Po Box 982235,
                 El Paso, TX 79998
4324029        +EDI: BANKAMER2.COM Aug 13 2018 22:58:00      Bank Of America, N.A.,    201 N Tryon St,
                 Charlotte, NC 28202-2146
4324030        +E-mail/Text: bknotices@bankofthewest.com Aug 13 2018 19:07:37      Bank Of The West,
                 2527 Camino Ramon,    San Ramon, CA 94583-4213
4337715         EDI: BANKAMER.COM Aug 13 2018 22:58:00      Bank of America, N.A.,    NC4-105-02-99,
                 PO Box 26012,    Greensboro, NC 27420-6012
4371571         EDI: BL-BECKET.COM Aug 13 2018 22:58:00      Capital One NA,    c/o Becket and Lee LLP,
                 POB 3001,    Malvern PA 19355-0701
4327503         EDI: DISCOVER.COM Aug 13 2018 22:58:00      Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH 43054-3025
4324031        +EDI: DISCOVER.COM Aug 13 2018 22:58:00      Discover Fin Svcs Llc,    Po Box 15316,
                 Wilmington, DE 19850-5316
4324033        +EDI: RMSC.COM Aug 13 2018 22:58:00      Gecrb/Lowes,    Po Box 965005,    Orlando, FL 32896-5005
4324034        +EDI: RMSC.COM Aug 13 2018 22:58:00      Gecrb/Old Navy,    Po Box 965005,
                 Orlando, FL 32896-5005
4324035        +EDI: CBSKOHLS.COM Aug 13 2018 22:58:00      Kohls/Capone,    N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
4358445         EDI: RESURGENT.COM Aug 13 2018 22:58:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Citibank, N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
4324026        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 13 2018 19:07:25      PA Department of Revenue,
                 Department 280946,    Attention: Bankruptcy Division,    Harrisburg, PA 17128-0001
4374421         EDI: PRA.COM Aug 13 2018 22:58:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
4324037        +EDI: SEARS.COM Aug 13 2018 22:58:00      Sears/Cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
4324038         EDI: WFFC.COM Aug 13 2018 22:58:00      Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                 Frederick, MD 21701
4354626        +EDI: WFFC.COM Aug 13 2018 22:58:00      Wells Fargo Bank, N.A.,
                 Attention: Bankruptcy Department,    MAC #D3347-014,    3476 Stateview Blvd,
                 Fort Mill, SC 29715-7203
4324025        +E-mail/Text: kcm@yatb.com Aug 13 2018 19:07:08      York Adams Tax Bureau,    1405 N. Duke Street,
                 PO Box 15627,    York, PA 17405-0156
                                                                                              TOTAL: 22

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4324023          Internal Revenue
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2018 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor   Bank of the West ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              Dawn Marie Cutaia    on behalf of Debtor 2 Stacy Lynn Crawford dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              Dawn Marie Cutaia    on behalf of Debtor 1 Scott Allen Crawford dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              Joel Alan Ackerman    on behalf of Creditor    WELLS FARGO BANK, N.A. jackerman@zuckergoldberg.com
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Karina  Velter    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
              Kimberly A Bonner    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
              Thomas I Puleo    on behalf of Creditor    BANK OF AMERICA tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    American Honda Finance Corporation
               ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 11
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Scott Allen Crawford** <br> First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–0603** <br> EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Stacy Lynn Crawford** <br> First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–1065** <br> EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Middle District of Pennsylvania** | | |
| Case number:  **1:13–bk–02812–HWV** | | |

# Order of Discharge                                             12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Scott Allen Crawford                Stacy Lynn Crawford

**By the court:**

August 13, 2018

Honorable Henry W. Van Eck
United States Bankruptcy Judge

By: REshelman, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**